FILED

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

MAY 15 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF TEXAS
## San Antonio DIVISION

Mr. Anthony R. Trejo, #555896, Legal Representative, Class-Action,
et. al.
Plaintiff's Name and ID Number

BCADC, 200 N. Comal St., San Antonio, TX 78207-3505
Place of Confinement

✗ [Devoid All Power of Attorney (s)]   CASE NO. _____
                                              (Clerk will assign the number)
v.

U.S. President, Joe Biden - unk address SA24CA0496 XR
Defendant's Name and Address

Texas Governor, Greg Abbott - unk address
Defendant's Name and Address

Bexar County Sheriff - Javier Salazar, 200 N. Comal St., San Antonio, TX 78207
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

MAY 15 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Mr. Anthony R. Trejo, #555896 , Legal Representative, Class-Action, et. al.__
Plaintiff's Name and ID Number

__BCADC, 200 N. Comal St., San Antonio, Tx 78207-3505__
Place of Confinement

✗ [ Devoid All Power of Attorney(s) ]    CASE NO. _____
v.                                        (Clerk will assign the number)

__U.S. President, Joe Biden - unk address__
Defendant's Name and Address

__Texas Governor, Greg Abbott - unk address__
Defendant's Name and Address

__Bexar County Sheriff - Javier Salazar, 200 N. Comal St., San Antonio, Tx 78207__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _unk   Sept. 1998_

        2.  Parties to previous lawsuit:

            Plaintiff(s) _Anthony R. Trejo_

            Defendant(s) _Sgt. Ronald Donohue ; Dep. William Wayne Zanzow_

        3.  Court: (If federal, name the district; if state, name the county.) _Western District / San Antonio_

        4.  Cause number: _5:98-CV-573-PMA_

        5.  Name of judge to whom case was assigned: _Pamela A. Mathy_

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed_

        7.  Approximate date of disposition: _Dec. 14, 1999_

1. Previous Lawsuits:

(2) A. Yes.

    B. 1. unk.

       2. Anthony R. Trejo — Plaintiff
         Defendants: Trejo v. Dretke-TDCJ

       3. Northern District of Texas, Lubbock Division

       4. 5:05-cv-248-C

       5. Name of Judge: Cummings

       6. Dismissed

       7. November 18, 2005


(3) A. Yes

    B. 1. About September 16, 2016

       2. Anthony R. Trejo — Plaintiff
         Defendant: Janssen Pharmaceutical Products, LP., et.al.

       3. Northern District of Texas, Amarillo Division

       4. 2:16-cv-204-D

       5. unk

       6. Dismissed

       7. July 23, 2018

(4) A. YES.

    B. 1. unk

       2. Anthony R. Trejo — Plaintiff
         Def:

       3. Western District of Texas - San Antonio Div.

       4. SA-21-CV-1260-FB

       5. Judge: Fred Biery

       6. Dismissed w/out prejudice.

       7. unk date about



1. Previous Lawsuits:
A. Yes.
B. 1. unk.
   2. Plaintiff - Anthony R. Trejo
      Def(s) - Joe Biden, President of U.S., et.al.
   3. Western District of Texas
   4. 23-cv-1237-XR
   5. Judge: Xavier Rodriguez
   6. Dismissed w/out Prejudice.
   7. ~~unk~~ ~~dt~~ Oct. 3, 2023.

There are others (2-3) I don't have
possession of but I were the filing
Complainant.
These are all I have on me.
Re: Undue Costs, etc.

p. 2.

II.   PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?      ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Mr. Anthony Robert Trejo (#555896)
BCADC- Jail- 6th Fl., RL Unit #32 cell
200 N. Comal St., San Antonio, Texas 78207-3505

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: U.S.A. President- Joe Biden or Vice President, both.
unk address - Washington, D.C.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Orders/Policies to let U.S. officials' moral turpitude, etc malice, reckless acts

Defendant #2: Governor- Gregory Abbott - unk address

Orders/Policies to let Texas officials' inaction on holding Terrorists Hijack State etc.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Fabricating any patterns, designs, etc. by moving forces, malice & recklessly etc

Defendant #3: Sheriff- Javier Salazar, 200 N. Comal St., S.A. TX 78207

Invoking "Moving Force" - tamper/harassment + retaliation intent, depriving

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. (Malice intent)

Mc rights, Defamation- libel/slander, theft of property under color of law, etc.

Defendant #4: Corporation-Title Holder- John/Jane Doe
200 N. Comal, S.A., TX 78207-3505

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. etc

R.I.C.O Acts/Same as #2 and #3 Defendents. Contract liability

Defendant #5: Gang Intelligence - John/Jane Doe(s) et.al.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Same as #2, #3, above #.

3

IV. PARTIES TO THIS SUIT:

A. Plaintiff(s): (CLASS-PARTIES)
Name & Addresses —

1. Pie Alvarado; Jane Doe - AKA "Absidy", et.al. Jane Doe(s)
   @ SHAWN C. BROWN LAW FIRM ph.# 210.224.8200. (work)

2. JIM ADLER LAW FIRM ph.# 210.531.0000 (work) receptionists
   Jane Doe(s) - numerous John Doe(s), etc. & Gabriel.

3. Jane Doe - aka "Brittany", "Molly", et.al. receptionists
   @ Wayne Wright LAW FIRM @ work # 210.888.8888.

4. The Jane Doe(s) receptionists: "Brittany", "Emily", et.al.
   @ (TJH) Thomas J. Henry Law Firm(s), work # 210.791.7769

5. Amber Cruz - U.S. Army Militant in Fort Sam Houston, etc.

6. Sydney Muniz - P.R. Bond Clerk Desk @ Bexar County Jail
   200 N. Comal St., S.A. Tx 78207, employee

7. Destiny E. Gomez, Bexar County Sheriff office, 200 N. Comal
   St., S.A., Tx 78207

8. Jane Doe(s) - AKA - TRISTAN (Hispanic female)
   AKA - SARA LEE JONES (w) 2 sisters twins) Jane Doe(s)
   AKA - Juice (Hispanic female) AKA - Summer Paige (white lady)
   AKA - Julianna (hispanic female) AKA - Nessie (Hispanic lady 30's/40's age)
   etc. etc.    AKA - Susan (Hispanic female)
                AKA - Francis Ricarte (Hispanic)
                AKA - Vanessa Trevino (34 age or so)
                AKA - Vanessa Franklin (33 age or so)
                AKA - Vanessa (Jane Doe) (30 age or so)
   etc. etc. etc. AKA - Jane Doe(s) outside 3rd Parties. etc.
   address: unknown whereabouts, made known to
   locate by Investigations thru devices (i.e., pen registers, or
   surveillance device, telepathy/chip devices). In Camera
   Inspections — etc. etc.
                  (cont.)    pg. 3    (cont.)

IV. PARTIES TO THIS SUIT:

A. Plaintiff(s): (CLASS-PARTIES)

Name + Addresses:

9. Crystal Bradford, et. al., work #830.499.3269
Address; Employment — D'Ann Harper Realtors —
Coldwell Banker, 22211 W. Interstate 10, Ste. 210,
San Antonio, TX 78257 (office - (325) 677 - 6291).

10. Cassie (Jane Doe) (clerk) — Hispanic female, work # 210.373.2599
DIGITAL MEDIA SOURCE, 816 Cameron St., Ste. 2.4,
San Antonio, TX. 78212, employment.

11. Lindsey (Jane Doe) — white/Hispanic female, receptionist
Same address, as #10. work info (same)

12. Mary Elizabeth Alfaro Lopez (mom); Lorenzo G. Lopez (step DAD)
Address: 2500 Jupe Dr., San Antonio, TX 78222

13. Genaro Bernard Trejo, III (DAD); (Grandparents) Jerry and Josie Trejo
Address: BCADC, Jail 6-BL-01 cell, 200 N. Comal, San Antonio, TX 78207

14. Michael Jeremy Trejo, d.o.b. 9-17-77 (bro)
Address: Texas Dept. of Criminal Justice Prison - Coffield Unit

15. Rodrico Trejo (bro); Cody Trejo (bro)
Address: North Side Austin, Texas

16. Rudolpho Alfaro, d.o.b. (8-21-86 ?) (bro); Gabriela Alfaro (G-MA)
Address: unknown

17. Gabriela Marie Silva Trejo (daughter); Victor Nathaniel Silva Trejo (Son)
Address: unknown

18. Priscilla Marie Silva (ex girl) (kids mother) above #17.
Address: unknown

19. Rolando Alfaro, Jr.; Ralph Alfaro; Daniel Alfaro (Uncles); Victoria
Alfaro DeLuna (Aunt); Amanda Brossoitt M. (cousin), her sons.

20. Paula Cervantes, Alexis Trejo (niece) unk address 123 E. Rigsby Ave.
San Antonio, TX 78210

(cont.)          ps. 3          (cont.)

IV. PARTIES TO THIS SUIT:

A. Plaintiff(s) — (CLASS-PARTIES)

Name + Addresses — PNA-Michelle Cervantes

21. RN-Sophia Bellinger; RN-Ana (Asian/Hispanic); RN-ALLA (white female/Russian); LVN-Donna Cervantes; Rehab-Bethany (Jane Doe)(white young lady); PNA-Jessica (John Doe) PNA-Ashley (Jane Doe - young hispanic); PNA-Ashleeigh (Jane Doe - Red Hair, young female); Rehab- Alice Mora; Rehab- Magedly Acevedo; PNA-Rhiana; etc. @ Crockett Hall Unit Address :(SASH)-6711 S. New Braunfels, Ste 100, S.A. TX 78223.

22. Rehab-Melissa (Jane Doe - black), her co-worker Latisha? (Jane Doe-black); Rehab-Vanessa Brady; PNA- Joe Martinez PNA- Jose Sanchez; A.R.T. PNA-Matthew (black male); PNA-Enrique A.R.T. ART-PNA- DAVID (John Doe) A.R.T.; PNA-Primitivo DeValle; PNA-Cameron (Jane Doe - Hispanic female); PNA-Denise Gutierrez; Mercedez-PNA; PNA-Destiny (Jane Doe, hispanic female); PNA-Serenity Amelia Duvall LVN- Victoria; PNA Laura (Hispanic female); LVN-Lataya (black maybe) PATIENT RIGHTS - Investigator - Norma G. Martinez; RN-Kristie @ TRAVIS HALL Unit Address: SASH-6711 S.New Braunfels, S.A. TX. 78223.

23. ADMISSIONS-PNA/Clerk-Jannette O. Address: SASH-6711 S.New Braunfels, SA TX 78223.

(cont)     pg. 3     (cont.)

IV. PARTIES TO THIS SUIT:

B.

Defendant #6: F.B.I. Agents - John/Jane Doe, et.al.
        unk address - In San Antonio Region, etc.
Act(s) or Ommissions): Same as #2, #3, #4. Traffick Acts
Defendant #7: Attorney General(s) - John/Jane Doe, et.al.
    unk-address - Austin/San Antonio, and/or et.al. (OIG)
Act(s) or Ommission(s): Same as #2, #3, #4.
Defendant #8: San Antonio State Hospital (SASH) - Superintendent, Mr. Robert
    C. Arizpe, et.al. John/Jane Doe(s) - Address- 6711 S. New Braunfels unk S.A. Tx. 78223
    Joint liabilities, Malpractice, Same as #2, 3, 4. Traffick Acts
Defendant #9: SASH - Psychiatrist - Ms. Patricia M. (Crockett Hall Unit)
    address: 6711 S. New Braunfels, S.A. Tx 78223
Act(s) or Ommission(s): Same AS #2, 3, 4, and 8.
Defendant #10: SASH - Crockett Hall Unit(s), Travis Hall Unit
    Health officials - (RN) - Jane Doe - Ms. Abby (white elder lady)
    (RN) - Ms. Alla (Russian/Anglo-); Social Worker - Daniel Uresti,.
    et.al. John/Jane Doe(s) in @ Crockett Hall Unit including RN-Pabola
    & Occupational Therapy - Mary Rose; joint-liabilities/Traffick Acts
Act(s) or Ommission(s): Same as #2, 3, 4, and 8.
Defendant(s) #11: SASH - Travis Hall Unit(s), etc.
    Dr. Victoria Trickett, et.al. (Psychiatrist) etc. RN-Mercedez
    RN-Crystal - Jane Doe(s), white females different shift (1/3).
    Medical Supervisor - Whitney Walker; RN-John Doe - black male 3rd
    shift; PNA(s): Jose Sanchez; PNA "Ross"/Enrique Hispanic male John Doe;
    PNA - John/Jane Doe(s), et.al. - DAVID; Hispanic male/Matthew-black Joint liabilities RN-NAN, M.
Act(s) or Ommission(s): #2, 3, 4, and 8. Conspiracy between Dept.'s
    and Institution, entities, etc. etc.
    Held: (INDIVIDUAL/OFFICIAL CAPACITIES)

                (cont)   Pg. 3   (cont.)

## V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(12 page) Affidavit of Anthony R. Trejo

Sent April 29th, 2024 U.S. Mail

Additionals: Supplements, 6 pgs. + 4 pgs.

Affidavit of A.R.T. - attached

*DEVOID - ALL Power of Attorney(s)

## VI.  RELIEF:  Injunctive Relief (EQUITY RELIEF Accordingly)

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Leave to File (IFP), CLASS-Party Counsel Appoint request. 28 USC
Fed. R. Civ. Proc Rule 23
All relief Entitled to (see Affidavit sent 4-29-24)
Compensatory, Punitive, Treble, Monetary, Unliquidated Damages. Etc./ Tai Chi - U.S.D.O.J.
28 USC Fed. R. Civ. Proc., Rules 26(a)(1)(C),(D),(E),(2)(A),(B),(C),(b)(1),(F), et.al.  U.S. Marshall
(Arms)

## VII.  GENERAL BACKGROUND INFORMATION: 18 USC 502 Independent Counsel o FBI/OIG/Att. Gen.

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Tony, Red Rooster, Mr. Mafia, Top Dawg, Topp DawGG'IE, Bakardi, Regal, T-LOK.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 832287

## VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___✓___ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern District  Amarillo Division

2. Case number: 2:16-CV-204-D

3. Approximate date sanctions were imposed: about 7-23-2018

4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___✓___ NO

4

THE STATE OF TEXAS

BEXAR COUNTY, TEXAS

AFFIDAVIT OF:
Anthony Robert Trejo

&#9733; &#9733; &#9733;

I, Anthony R. Trejo, ~~declares~~ that the foregoing matters he attests to are to his best of his abilities and are true and correct.:

I have presented prior to this on or around April 29th, 2024 a 12 pg. Affidavit, as 42 USC § 1983 forms where not then attained I follow through as a leave to proceed (IFP) - In Forma Pauperis class-party legal representative bringing forth issue(s) unpresented. My "aggregated" - consolidated actions presented of how effected by false imprisonment and false arrest for a grounded facts I'm stripped of my federal rights and States labelling me a "FUGITIVE" on reasons I claim are for my long-standing HISTORY of my 1st Amendment's right for his redress of grievances and petition the govern-ment; Freedom of speech, communication and expressions; 4th Amends. "meddling" by officials and gang terrorists into my privacy affairs by unreasonable search and seizures - by malicious or egregious and capricious malpractices to Defame my characteristics or traits for selective and vindictive prosecutions by Attorney Generals, FBI/OIG Agents or detectives or of them all by Sexual predator's in high seats of the government evading espionage or spying tactics, reprisaled against and vexed, harassed even, by the 187th Judicial District Judge William Carruthers to not set a bond w/ 379th Judicial District Judge - Rangel, etc.

pg. 1.

annoyed, and intimidated or oppressed; by their conscious
deliberate indifferences, callous indifferences, or reckless
and hazardous intent, maliciously to Abuse their Power,
Authority, and discretion, I'm isolated by evil
motive, ill will targeted due to mixed motives —
ADHD Disabilities, improper-diagnosis labelled as a
paranoia schizophrenic, and Schizoaffective disorder
so state covers up my liberty interest I'm engaged
into under 1st and 14th Amendments - Due Process/Equal
Protection of the Laws. My court appointed criminal
lawyer has been suspected on participating in organized
criminal activities by defective representation and these
Jail Agents/Officials involved secretly in chill effect
mode due to gangs Mexican Mafia, Nazi, Blood, Crip,
Norteno's, Oregons and all hired by favors or bribery
effecting my protective custody status operating w/
military + state officials in their official capacities +
women therein engaged in prostitution rings w/ pushers
impairing my legal representations by my court-appointed
criminal lawyer, Mr. kyle Jordan Ernst interfering w/ my
freedom of expression and communications, and speech
w/ him and all my CLASS-Party's Privacy for legal
and political activities fostering my care and their
care physically, mental and emotionally. I been
suffering also 8th and 14th Amends. Cruel and Unusual
Punishment wantonly, etc. and "excessive bail" - due to
not being afforded a BailBond for case no. 2021-CR-8003

pg. 2.

and affecting, as of May 6th 2024, Judge Rangel's
of 379th Judicial District not provided a Bail
@ low rates, or, none at all. Not any probative
value exists to keeping me illegal restrained and
not afforded numerous presentations by my self-
motions for Speedy Trial and Appointing New
Counsel, Dismissing Counsel and numerous
motions and Recusal of Judge Affidavit by
Letter and Affidavit by Me Stating my lawyer
Kyle J. Ernst is suspicious of organized crime
activities due to his lacking communications +
effective advocacy instead have been abandoned.
I furthermore, utilized the Grievance System
for the State Bar of Texas and my lawyer has
evaded detection and thwarted Investigations,
So recently I placed in the mail box for a
2241 Writ of Habeas Corpus, 5-01-24, use
this detail herein with it, please for convenience
purposes along w/ the (IFP) In Forme Pauperis
and my Uncle Rolando Alfaro, Jr. will be
paying the 2241 writ's — $5.00 filing fee.
       Foremost, my CLASS-PARTY Co-plaintiff's
cited in Caption, herein my plans for citing the
Expert-witnesses in the Discovery under Rule 26(b)
(1), and Rule 26(f), Rule 26(a)(1)(C), (D), (E), (2), (A),
(B), (C), et, al. of the Federal Rules of Civil Proc.,
Title 28 USCA, — Pertaining to all evidences having

ps. 3.

been presented on 4-29-24 and today's
5-12-24 Affidavit, Mr. Trejo, Anthony, the
said herein Legal Representative would move
for presenting the Discovery through all devices
and the Omnibus Crime Prevention Act, to produce
ongoing physical and sexual Abuses by all said
Co-plaintiff's named in this suit by statements, records
etc.

  Mr. Trejo, plaintiff presents his life is at high
risk alons w/ co-plaintiff's cited, I have knowledge
as being an expert witness (hearing or appearances — as
inside his memory is perceptive) that subsconsciously
by telepathy-like devices and by implanted liquid
substances or chipping devices through microphones
can convey and elaborate picking up communications
obtaining some bad-actor young and elder male and
females, to wit = Melissa Hernandez (ex wife) d.o.b.
1-16-76; Caroline (white female - klansman or NAZI bath)
Jackie (white female - NAZI affilicte) w/ numerous white
females and hispanic females w/ them and CMG-
Crenshaw Mafia Gangsta Blood and Blood Stone Villain
and Piru's of Blood + People Nation, Crip 52 Hoover
Crip Gang and BBZ - Bad Boyz from affiliation w/ the
Latin King members and Latin Queen Nations with other
silent terroristic threat groups like Big Time Kings,
and Gangsta Disciples - I.G.D. Nation and Ambroes - I.G.N.
Imperial Gangsta Nations / Imperial Gangsta Disciples all
being acceptance into bribery or Influences made to

ps. 4

actively commence physical attacks on alot of victims
I call for legal assistances at numerous law firms
and they intercept communications by mental states
aidings/abetting by Conspiracies to retaliate on females
I became acquainted or establish a personal relation-
-ship with and to assist helping them w/ their ongoing
imminent or immediate danger w/ pimps, escort
buisnesspersons stalking us for pecuniary interests.
illicit gross net profit and ongoing threats to
retaliations and ongoing racketeering activities
by solicitious acts by threat, intimidation, or
 coercion and deceptive, discourteous intentions
and I learned by sources and these females, all
together terroristic threats had been made for
These criminal motivators intent to defile my
class-parties character or representations or traits
by Defamation to carry out objectives; these
females are prospective witnesses and long and
some short term prostitution victims and can be
afforded w/ providing evidences by Discovery
phases, stated herein, above, undve threat is pervasive, peril.
   I have heard Tristan, Francis Ricarte, Susan,
Destiny E. Gomez "LIZ", Sydney Muniz, (daughter)
Summer Desa'Rae Torres Trejo, and Amethyst Godine
and Summer Paige, etc. unknown white females
being sexually assaulted + Abused, I have reports
on me in my handwritten "Daily Journal" **Notes**

PS. 5

I also have been yesterday, 5-11-24 late p.m.
(threatened)
told by a State or federal agent over the intercom to unit BL
"stop writing" - recording what names being expressed
to who is being elaborated to me doing some sort of
furnishing me w/ "spiraling effect" conveyances, reading
my thoughts and in significance how number are
used in 3 or 4, sometimes 2 digits trying to use
me as a vessell - correspondent conveying targets
by expressions like these trying to place me to be
in unifications w/ how to manage or develop or
maintainence produce of illicitous networking benefits
w/ escorting or pimping ladies and to gamble in these
profiteering exchanges or trades. We become as a
disadvantage to eachother in such a high-profile
complex relations and placing me at risk to be
left incarcerated like saying my life is in their
hands thinking i'm vulnerably a easy target, in
which is evil intent and places me + my class-party
in peril life endangerment, Me, especially due to
these co-party defendants trying to obstruct or
impediment by States' meetings of the minds, strikes (evil)
─ ─ (28 U.S.C. 1746) Unsworn Declaration ─ ─ ─
I, Anthony R. Trejo, presently detained in Bexar County, Texas
in BCADC-Jail, 6th Fl., BL-32 cell, 200 N. Comal St., San
Antonio, Texas 78207-3505, declare under penalty of perjury
the foregoing matters are true and correct.

Executed On: 5-12-24                    s/ Pro Se/ Affiant - Plaintiff
                                        Ps. 6

BEXAR COUNTY, TEXAS                          §

### AFFIDAVIT OF ANTHONY R. TREJO

I, Anthony Robert Trejo, attest to best of my
knowledge set for best abilities states herein,
foregoing is true and correct:

                    I.

I move pesuasion with courts abilities to
decipher clearly and with clarity. Due to Discovery
Rules we can remonstrate by rallying petitions to
be guided affording handling Investigations, in all
23 categories of plaintiff co-party members we
will attain prosperity with comity and federalism
I retain knowledge my immediate family members
See co-plaintiff's #12-20, stated. #12 and #19 are
all assisting with finances, support, and researched by a lot
suspected military and government officials relaying or in
aid intercepting communications relaying messages on me
and my progresses jeopardizing undue threats upon
all of other family lying in waite. #13 (DAD) is one
at risk w/ me in here being denied federal rights by
Government Conspiracy w/ terrorist members who been
following him and Me, stripping perceivable goals to
enforce our protected Liberty Interests by way of his
and enforcing federal, public, state, governmental and
"Special interests" — both of us as being involuntarily
servitude due to red tape or inactions afford us
access to law library legal materials and deliberate

                    p. l.

indifference to his medical conditions impediment is
state-created and behind our personal or private
reasons, mixed motives are entailments to wit: (1)
being informants, w/ state/federal agents, etc. (2) being
adopted forefathers from Cuban/Spanish/Native American
descent are a viral concernment behind gambling of
persons reasons by the TREJO - Mexican-American people,
(3) My DAD #13, co-plaintiff, is a ongoing target, like
myself, from criminal-motif defendants, and findings
by all due DISCOVERIES will defeat their progress.
He has had cardiac-arrests twice and stripped of
his walker (auxiliary aid) by Bexar County Jail - Medical
Health officials, supplying, by improper diagnosis w/
high-blood pressure medications by ill will intent, so
his heart would cause him dizziness and create
another slip-n-fall percusory sufferage, he's been
down 2-3 falls causing head injuries and loss of
consciousness, by evil motive, malice intent and
gross negligence, hazardous disregard, etc. and (4)
Cartel's are lying in waite to attack me, him, and
all victims, witnesses, and informants/agents - for
our work with U.S. Dept. of Justice's invoking of
this such tai chi - incorporated Union w/ the
U.S. Gov't. Co-plaintiffs #14, 15, 16, 17, 18 and 20-
23 are invoking the same claims having to
do w/ sensitive information #9, 10 and 11 as well,
and are to be with giving me insight ongoing

racketeering activities and have no knowledge they
are victims, etc. of these ongoing criminal enterprises
named to be the effective and active bad-faith parties
under superate powers under scope of fraud or of
any legal contractual obligations, breach of security
and breach of contracts exists and discovery can
obtain "societal interests" proving a nexus of
networks, underground networks or treaties are
counterveillance tactics used by associates-in-
facts depriving my call for equity under these
colorable claims justiciably to warrant all #1-
23 co-plaintiff(s) w/ a full relief or rewards
or awards for damages relief, and enforcements
under matter-of-fact and law and equity.
   Due to #9,10 and #11 co-plaintiff(s) I have lost
full knowledge but a witness w/ information these
women were stalked by sexually violent predators such
as #21,22 and #23 some victims or all are male
and females therein, jointly #9-11 evidences has been
too long only they could remember from 2020 to
up-to-date sexual immorality has engrossed and
~~purposed~~ purported to a stemmed greater conspiracy
and they have details, like the rest, to unmask
those predators' counterveillance tactics and progress.
See #1-8 group of co-plaintiff(s) all full
crackdowns under statute of repose, they're unable
to file due to pervasive risks to imminent danger

and immediate peril life endangerments being the
scope of wantonly and egregious, capricious and
evil motive, ill will, reckless indifferences and
deliberate indifference these flagrant bad or criminous
actors activate in scope of their encoded penal codes
and raw or deceit or trickery acts.

Anthony R. Trejo

(28 USC 1746)

★ Unsworn Declarations ★ ★

I, Anthony R. Trejo, presently detainee
in Bexar County, Texas in BCADC-MAIN JAIL
6-BL Unit-32 cell declare under penalty of
perjury that the foregoing matters are true
and correct.

Executed On:

May 12th, 2024

Anthony R. Trejo

Pro Se /S/ Affiant/Plaintiff.

Anthony R. Trejo #555896
BCADC
200 N. Comal St.
San Antonio, TX
78207-3506

p. 4.

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓YES___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Northern Dist./Amarillo Div

2. Case number: 2:16-CV-204-D

3. Approximate date warning was issued: 7-23-2018

Executed on: May 12th, 2024

DATE

_Anthony Trejo_

_Pro Se, Legal Representative_

(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____12th____ day of ___May___, 20_24_.

(Day)                    (month)              (year)

_Anthony R. Trejo_

_Pro Se, Legal Representative_

(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5